D/F

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
GTJ REIT, INC.,

                          Plaintiff,

      -against-

IRA J. GAINES and PEACHTREE PARTNERS,

                         Defendants.
-----------------------------------------------------------X

**STIPULATION OF DISMISSAL WITH PREJUDICE**

Docket No.: 08-CV-5167

Pursuant to Fed.R.Civ.P. 41(a)(1), plaintiff GTJ REIT, Inc. and defendants Ira J. Gaines and Peachtree Partners, through their undersigned attorneys, hereby stipulate and agree that all claims asserted in the above-captioned case shall be, and hereby are, dismissed with prejudice and without costs or attorneys fees to either party as against the other.

This Court shall retain continuing jurisdiction to hear any disputes arising out of the Settlement Agreement dated May 15, 2009.

SO STIPULATED:

Dated: May 18, 2009

RUSKIN MOSCOU FALTISCHEK, P.C.

By: _____
Mark S. Mulholland
*Attorney for Plaintiff*
East Tower, 15th Floor
1425 RXR Plaza
Uniondale, New York 11556-1425
(516) 663-6600

GANFER & SHORE, LLP

By: _____
Mark A. Berman
*Attorney for Defendants*
360 Lexington Avenue
New York, NY
(212) 922-9250

Case Closed.

SO ORDERED:

_____
Hon. Arthur D. Spatt
U.S.D.J.

Dated: 5/19/09

MOVANT'S COUNSEL IS DIRECTED TO SERVE A COPY OF THIS ORDER ON ALL PARTIES UPON RECEIPT.